```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 03875
   LILLIE WILKERSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-8517

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/05/2007 and was confirmed 06/20/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00           .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    1350.36            .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE         .00           .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED             .00           .00
QUEST DIAGNOSTICS         UNSEC W/INTER NOT FILED             .00           .00
B-REAL LLC                UNSEC W/INTER    1681.17            .00           .00
LILLIE MAE WILKERSON      NOTICE ONLY   NOT FILED             .00           .00
JOHN WILKERSON            NOTICE ONLY   NOT FILED             .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY       2,323.00                     2,069.61
TOM VAUGHN                TRUSTEE                                          153.39
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,223.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,069.61
TRUSTEE COMPENSATION                               153.39
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                   2,223.00               2,223.00




                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03875 LILLIE WILKERSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
          CASE NO. 07 B 03875 LILLIE WILKERSON